| | |
|---|---|
| 1 | MARK G. TRATOS, ESQ. |
| | Nevada Bar No. 1086 |
| 2 | tratosm@gtlaw.com |
| | BETHANY L. RABE, ESQ. |
| 3 | Nevada Bar No. 11691 |
| | rabeb@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
| | 10845 Griffith Peak Dr. |
| 5 | Suite 600 |
| | Las Vegas, Nevada 89135 |
| 6 | Telephone: (702) 792-3773 |
| | Facsimile: (702) 792-9002 |
| 7 | |
| 8 | TIFFANY A. BLOFIELD, ESQ. (*Pro hac vice application forthcoming*) |
| | Minnesota Bar No. 0237279 |
| | blofieldt@gtlaw.com |
| 9 | GREENBERG TRAURIG, LLP |
| | 90 South 7th St. |
| 10 | Suite 3500 |
| | Minneapolis, Minnesota 55402 |
| 11 | Telephone: 612.259.9721 |

*Counsel for Defendant Captain's Compass LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company, | Case No.: 3:19-cv-00364-MMD-WGC |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |
| v. | |
| CAPTAIN'S COMPASS, LLC, a Wyoming limited liability company; | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiffs, ALL-FILTERS, INC. and WJB, LLC, and Defendant CAPTAIN'S COMPASS, LLC, by and through their respective counsel, hereby stipulate to extend the time for Defendant to respond to the complaint by one week from July 29, 2019 to August 5, 2019. Counsel for Defendant was recently retained and this extension will allow for Defendant to more fully evaluate and respond to the complaint.

The parties represent this stipulation is made in good faith and not for the purposes of delay. The parties have not previously applied for any extensions of time.

IT IS SO STIPULATED.

DATED this 29th day of July, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Matthew D. Francis*
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
ARTHUR A. ZORIO, ESQ.
Nevada Bar No. 6547
5731 Kietzke Lane
Reno, Nevada 89511
*Attorney for Plaintiffs*

GREENBERG TRAURIG, LLP

*/s/ Mark G. Tratos*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
TIFFANY A. BLOFIELD, ESQ.
Minnesota Bar No. 0237279
(*Pro hac vice application forthcoming*)
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant*

**IT IS SO ORDERED**:

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2019.