MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

TIFFANY A. BLOFIELD, ESQ. (*Admitted pro hac vice*)
Minnesota Bar No. 0237279
blofieldt@gtlaw.com
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 259-9721
Facsimile: (612) 677-3101

*Attorneys for Defendant and Counterclaim Plaintiff CAPTAIN'S COMPASS, LLC and Third-Party Plaintiff ERPIA, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPTAIN'S COMPASS, LLC, a Wyoming limited liability company <br><br> Defendant. | **CASE NO. 3:19-cv-00364-MMD-WGC** <br><br> **STIPULATION AND ORDER TO ACCEPT SERVICE AND AMEND COMPLAINT** |

ACTIVE 46841531v1

| |
|---|
| CAPTAIN'S COMPASS, LLC, a Wyoming limited liability company, and |
| Counterclaim Plaintiff, |
| v. |
| ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company, |
| Counterclaim Defendants. |
| ERPIA, LLC, a Minnesota limited liability company, and |
| Third-Party Plaintiff, |
| v. |
| ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company, |
| Third-Party Defendants. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant and Counterclaim Plaintiff Captain's Compass ("Captain's Compass"); Third-Party Plaintiff ERIPA, LLC ("ERIPA"); Plaintiff, Counterclaim Defendant, and Third-Party Defendant All-Filters, Inc. ("All-Filters") and Plaintiff, Counterclaim Defendant, and Third-Party Defendant WJB, LLC ("WJB") through their undersigned counsel, that:

1. All-Filters and WJB agree to accept service of the Third-Party Complaint filed on August 5, 2019 through email service upon their counsel;

2. All-Filters and WJB Plaintiffs may file an Amended Complaint to add ERIPA, LLC as a party on or before November 20, 2019; and

2

3. Captain's Compass and ERIPA may file an Amended Answer and Counterclaim on or before December 11, 2019.

**IT IS SO STIPULATED.**

DATED: October 30, 2019.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **GREENBERG TRAURIG, LLP** |
| By: _/s/ Arthur A. Zorio_<br>    MATTHEW D. FRANCIS, ESQ.<br>    Nevada Bar No. 6978<br>    ARTHUR A. ZORIO, ESQ.<br>    Nevada Bar No. 6547<br>    5731 Kietzke Lane<br>    Reno, Nevada 89511 | By: _/s/ Tiffany A. Blofield_<br>    MARK G. TRATOS, ESQ.<br>    BETHANY L. RABE, ESQ.<br>    10845 Griffith Peak Dr., Suite 600<br>    Las Vegas, Nevada 89135<br>    tratosm@gtlaw.com<br>    rabeb@gtlaw.com |
| _Attorney for Plaintiffs_ | TIFFANY A. BLOFIELD<br>(SBN MN 0237279)<br>90 South Seventh Street, Suite 3500<br>Minneapolis, Minnesota 55402<br>Tel: (612) 259-9712<br>blofieldt@gtlaw.com |
| | _Attorneys for Defendant and Counterclaim Plaintiff CAPTAIN'S COMPASS, LLC and Third-Party Plaintiff ERPIA LLC_ |

**IT IS SO ORDERED**

_____
**United States Magistrate Judge
William G. Cobb**

DATED: October 30, 2019

ACTIVE 46841531v1