Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5731 Kietzke Lane
Reno, NV 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email: mfrancis@bhf.com
       azorio@bhfs.com

Attorneys for Plaintiffs/Counterdefendants,
ALL-FILTERS, INC. and WJB, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>CAPTAIN'S COMPASS, LLC, a Wyoming limited liability company; ERPIA, LLC, a Minnesota limited liability company,<br><br>    Defendants. | CASE NO.: 3:19-cv-00364-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| CAPTAIN'S COMPASS, LLC, a Wyoming limited liability company; ERPIA, LLC, a Minnesota limited liability company,<br><br>    Counterclaimants,<br>v.<br><br>ALL-FILTERS, INC., Nevada corporation; WJB, LLC, a Nevada limited liability company,<br><br>    Counterdefendants. | |

Plaintiffs/Counterdefendants All-Filters, Inc. and WJB, LLC, and Defendants/Counterclaimants Captain's Compass, LLC and ERPIA, LLC, by and through their undersigned counsel, hereby stipulate to dismiss this action and all claims between and against them with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

DATED: March 17, 2020

By: /s/ *Matthew D. Francis*
    Matthew D. Francis
    Arthur A. Zorio
    **BROWNSTEIN HYATT FARBER SCHRECK, LLP**
    5371 Kietzke Lane
    Reno, NV 89511

*Attorneys for Plaintiffs/Counterdefendants, ALL-FILTERS, INC. and WJB, LLC*

DATED: March 17, 2020

By: /s/ *Tiffany A. Blofield*
    Tiffany A. Blofield
    Bethany L. Rabe
    Mark Tratos
    **GREENBERG TRAURIG, LLP**
    10845 Griffith Peak Dr., Suite 600
    Las Vegas, NV 89135

*Attorneys for Defendants/ Counterclaimants CAPTAIN'S COMPASS, LLC and ERPIA, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 17, 2020

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 17th day of March, 2020, I served the document entitled, **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**, on counsel of record through the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy Lindsley*
　　　　　　　　　　　　　　　　　　　　　Employee of Brownstein Hyatt Farber Schreck, LLP